1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865     Fax: (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7  549340

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                                          )  CASE NO: C08-04914 TEH
                                            )
11 DELPHINE ALLEN, et al.,                  )  **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                            )  **FOR CONTINUANCE OF CASE**
12         Plaintiffs,                      )  **MANAGEMENT CONFERENCE**
                                            )
13 CITY OF OAKLAND, et al.,                 )
                                            )
14         Defendants.                      )
                                            )
15 _____ )
   REGINALD OLIVER, et al.,                 )
16                                          )
           Plaintiffs,                      )
17 vs.                                      )
                                            )
18 CITY OF OAKLAND, et al.,                 )
   _____)
19                                          )
   HAROLD JACKSON, et al.,                  )
20                                          )
           Plaintiffs,                      )
21                                          )
                                            )
22 v.                                       )
                                            )
23 CITY OF OAKLAND, et al.,                 )
                                            )
24         Defendants.                      )
                                            )
25                                          )
                                            )
26

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT
CONFERENCE

A dispute existed between plaintiffs and defendants over the scope of production of the Oakland Police Department Internal Affairs investigation of the underlying case. The dispute has been resolved by the City's agreement to produce the requested material following stipulation and entry of a protective order.

In light of the foregoing, the parties agree and hereby stipulate that the case management conference scheduled to take place before the Honorable Thelton E. Henderson be continued from February 10, 2009 at 1:30 p.m. to March 2, 2009 at 1:30 p.m. or as soon thereafter as is convenient for the court, to allow the aforementioned documents to be exchanged and and reviewed..

_____   Date: 2/6/09
STEPHEN Q. ROWELL,
Attorney for Defendants
CITY OF OAKLAND

_____   Date: 2/6/09
JAMES CHANIN/JOHN L. BURRIS
Attorneys for Plaintiffs
KARLA RUSH, et al.

_____   Date: 2/6/09
NICOLE HODGE
Attorney for Plaintiffs
HAROLD JACKSON and VEODIS WORKS

STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

The case management conference is continued to March 2, 2009, at 1:30 PM. The parties shall file an updated joint case management statement on or before February 23, 2009. Filings in <u>Oliver</u> and <u>Jackson</u> need not also be filed in <u>Allen</u>.

**It is so ordered.**



HONORABLE THELTON E. HENDERSON
United States District Court

Judge Thelton E. Henderson

02/06/09