| | |
|---|---|
| 1 | JOHN L. BURRIS (SBN #69888) |
|  | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
|  | Oakland, California  94621 |
| 3 | (510) 839-5200; FAX (510) 839-3882 |
|  | Email: john.burris@johnburrislaw.com |
| 4 |  |
|  | JAMES B. CHANIN (SBN# 76043) |
| 5 | JULIE M. HOUK   (SBN# 114968) |
|  | Law Offices of James B. Chanin |
| 6 | 3050 Shattuck Avenue |
|  | Berkeley, California  94705 |
| 7 | (510) 848-4752; FAX: (510) 848-5819 |
|  | Email: jbcofc@aol.com |
| 8 |  |
|  | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD OLIVER, et al., | ) | CASE NO:  C08-04914 TEH |
|  | ) |  |
| Plaintiffs, | ) | **STIPULATION AND [PROPOSED]** |
|  | ) | **ORDER GRANTING PLAINTIFFS** |
| vs. | ) | **LEAVE TO FILE A SECOND AMENDED** |
|  | ) | **COMPLAINT FOR DAMAGES,** |
| CITY OF OAKLAND; et al., | ) | **DECLARATORY AND INJUNCTIVE** |
|  | ) | **RELIEF** |
| Defendants. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT: Plaintiffs shall be given leave to file the Second

STIPULATION AND ORDER RE FILING OF
SECOND AMENDED COMPLAINT
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

1

Amended Complaint which is attached and incorporated herein by reference as Exhibit 1.

IT IS SO STIPULATED:

Dated: January 27, 2009                               _____/S/_____
                                                                 JULIE M. HOUK
                                                                 Attorneys for Plaintiffs

Dated: February 6, 2009                               _____/S/_____
                                                                 STEVEN Q. ROWELL
                                                                 Attorney for Defendant
                                                                CITY OF OAKLAND

Pursuant to Stipulation,
IT IS SO ORDERED:

Dated: _____02/06_____, 2009
                                                                _____
                                                                THELTON E. HENDERSON
                                                                JUDGE OF THE UNITED STATES

STIPULATION AND ORDER RE FILING OF
SECOND AMENDED COMPLAINT
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

2