1  JOHN L. BURRIS (SBN #69888)
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, California 94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4

5  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK   (SBN# 114968)
   Law Offices of James B. Chanin
6  3050 Shattuck Avenue
   Berkeley, California 94705
7  (510) 848-4752; FAX: (510) 848-5819
   Email: jbcofc@aol.com
8
   Attorneys for Plaintiff
9  Reginald Oliver

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                                          )   C08-4984 TEH
   REGINALD OLIVER, et al.                  )   CASE NO:  C 08-4914 TEH
13                                          )
                   Plaintiffs,              )   **STIPULATION AND ~~(PROPOSED)~~**
14                                          )   **ORDER TO CONTINUE CASE**
   vs.                                      )   **MANAGEMENT CONFERENCE**
15                                          )
                                            )
16                                          )
   CITY OF OAKLAND; et al.                  )
17                                          )
                                            )
18                 Defendants.              )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21  _____)

22

23

24
                                    1

1 | The parties are continuing to engage in settlement negotiations and wish to set a trial date
2 | after further negotiations have taken place.
3 |     Therefore, the parties hereby request that the Case Management Conference currently
4 | scheduled for November 30, 2009 at 1:30 p.m. be continued to January 26, 2010 at 1:30 p.m.

Respectfully submitted,

Dated: November 19, 2009

/s/
_____
JOHN L. BURRIS
Attorney for Plaintiffs

Dated: November 19, 20009

_____
JAMES B. CHANIN
Attorney for Plaintiffs

Dated: November 19, 2009

_____
STEPHEN Q. ROWELL
Attorney for Defendants

ORDER

Good cause appearing, the Case Management Conference is continued to ~~January 26, 2010~~ **February, 8, 2010** at 1:30 p.m.

Dated: 11/20/09

_____
Honorable Thelton E. Henderson
Senior United States District Court Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]