LAW OFFICES OF
# JAMES B. CHANIN
3050 SHATTUCK AVENUE
BERKELEY, CALIFORNIA 94705
(510) 848-4752
FAX (510) 848-5819

January 19, 2010

**VIA E-FILING AND CHAMBERS COPY**

The Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102



Re: *Oliver, et al. v. City of Oakland, et al.*
Case No. C08-04914 TEH

Dear Judge Larson:

     Pursuant to Mr. Chanin's conversation with your assistant, Ms. Thomas, last week, I am writing to confirm that all counsel are available for a further settlement conference in the above-entitled action on Monday, March 1, 2010 at 10:15 a.m.  Therefore, we are requesting that the Court set the further settlement conference for that date and time.

     Thank you for your consideration in this matter.

Very truly yours,

/S
Julie M. Houk
Attorneys for Plaintiffs