| | |
|---|---|
| 1 | JOHN L. BURRIS (SBN #69888) |
| | LAW OFFICES OF JOHN L. BURRIS |
| 2 | 7677 Oakport Street, Suite 1120 |
| | Oakland, California 94621 |
| 3 | (510) 839-5200; FAX (510) 839-3882 |
| | Email: john.burris@johnburrislaw.com |
| 4 | |
| 5 | JAMES B. CHANIN (SBN# 76043) |
| | JULIE M. HOUK (SBN# 114968) |
| | Law Offices of James B. Chanin |
| 6 | 3050 Shattuck Avenue |
| | Berkeley, California 94705 |
| 7 | (510) 848-4752; FAX: (510) 848-5819 |
| | Email: jbcofc@aol.com |
| 8 | |
| 9 | Attorneys for Plaintiffs |
| | REGINALD OLIVER, et al. |
| 10 | |
| 11 | (ADDITIONAL COUNSEL ON NEXT PAGE) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELPHINE ALLEN, et al., | MASTER CASE NO: C00-4599 TEH |
| | OLIVER CASE NO: C08-04914 TEH |
| Plaintiffs, | JACKSON CASE NO: C08-4984 TEH |
| CITY OF OAKLAND, et al., | **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE FROM FEBRUARY 8, 2010 TO MARCH 8, 2010** |
| Defendants. | |
| REGINALD OLIVER, et al., | **Current CMC Date: 2/8/2010** |
| | **Proposed Date: 3/8/2010** |
| Plaintiffs, | **Time: 1:30 p.m.** |
| vs. | **The Hon. Thelton E. Henderson** |
| CITY OF OAKLAND, et al., | |

STIP. AND ORDER CONT. FURTHER CMC
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

1

| | |
|---|---|
| HAROLD JACKSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF OAKLAND, et al., | ) |
| | ) |
| Defendants. | ) |

ADDITIONAL COUNSEL:

NICOLE HODGE (SBN 215157)
PO Box 5100
Oakland, California 94605
(510) 569-3666
hodgend@aol.com

Attorney for Plaintiffs
HAROLD JACKSON AND VEODIES WORKS

JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney, SBN 121286
STEPHEN Q. ROWELL, Deputy City Attorney, SBN 098228
One Frank J. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865; FAX (510) 238-6500
Email: sqrowell@oaklandcityattorney.org

Attorney for Defendant
CITY OF OAKLAND

STIP. AND ORDER CONT. FURTHER CMC
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

2

1     WHEREAS, the parties have agreed to attend a further settlement conference before the

2 Honorable James Larson on March 1, 2010,

3     THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

4 RECORD, DO HEREBY STIPULATE AND AGREE THAT: the Further Case Management

5 Conference currently scheduled for February 8, 2010 at 1:30 p.m. should be continued to March

6 8, 2010 at 1:30 p.m., because the parties will be in a better position to advise the Court of the

7 status of the case after the further settlement conference on March 1, 2010.

8 IT IS SO STIPULATED:

9 Dated: January 22, 2010                 _____/S/_____
                                                                     James B. Chanin and John L. Burris

10                                                                    Attorney for Oliver, et al. Plaintiffs

11

    Dated: January 25, 2010                 _____/S/_____

12                                                                    Nicole Hodge
                                                                   Attorney for Jackson, et al. Plaintiffs

13

14 Dated: January 22, 2010                 _____/S/_____
                                                                   Stephen Q. Rowell

15                                                                  Attorney for Defendants

16 PURSUANT TO STIPULATION,
    IT IS SO ORDERED:

17
    Dated: ____01/27____, 2010                 _____

18                                                            Thelton E. Henderson

19     The parties shall file a joint case       Judge of the United
    management statement on or before
    March 3, 2010.

20

21

22

23                 STIP. AND ORDER CONT. FURTHER CMC
              OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

24