John L. Burris, Esq., SBN 69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
(510) 839-5200 office
(510) 839-3882 fax

James B. Chanin, Esq., SBN 76043
LAW OFFICES JAMES B. CHANIN
3050 Shattuck Avenue
Berkeley, CA 94705
(510) 848-4752 office
(510) 848-5819 fax

UNITIED STATES NORTHERN DISTRICT COURT

OF CALIFORNIA

REGINALD OLIVER, et al.,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendant.

Case No.: 08-4914 TEH

[Proposed] Order for Telephonic Appearance for the Further Case Management Conference

ATTORNEY JOHN L. BURRIS HEREBY REQUEST THE COURT'S PERMISSION TO APPEAR TELEPHONICALLY AT: The Further Case Management Conference currently scheduled for June 14, 2010 at 1:30 p.m. 1:45 PM. Good cause is because he must appear in the Los Angeles Superior Court at the same date and time.

IT IS SO ORDERED:

Dated: 06/10/10

_____
Judge Thelton E. Henderson