**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
Ashley M. Wisniewski, SBN 264601
Kimberly L. Kakavas, SBN 264642
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Stephen Q. Rowell, SBN 098228
Senior Deputy City Attorney
CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
TEL.: 510.238.3601
FAX:   510-238-6500

Attorneys for Defendant CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD OLIVER; JOSEPH BATIESTE; ANTOINETTE McCULLOUGH; DELANDRO BROWN; DANNIE CARTER, SR.; LAWRENCE GRAHAM; MESIAH SHAW; individually and on behalf of those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND; KARLA RUSH OR DOE 1 individually and in her capacity as a police officer for the City of Oakland; DOES 2-100, inclusive<br><br>        Defendants.<br>_____/ | Case No.C08-04914 TEH<br><br>**REQUEST FOR TELEPHONE APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>DATE: June 14, 2010<br>TIME: 1:45pm<br>Courtroom 12, 19th Floor |

Attorneys for defendant CITY OF OAKLAND hereby request that they be allowed to appear by telephone at the Further Case Management Conference in the above matter, scheduled for June 14, 2010, at 1:45pm.  The court will provide this office with a telephone number to call, and this

---

1
**REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER
CASE MANAGEMENT CONFERENCE; ORDER**

00794712.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1 office will initiate the call and coordinate with other counsel appearing by telephone. .

Respectfully Submitted,

PORTER SCOTT
A PROFESSIONAL CORPORATION

Dated: June 11, 2010

By _____/s/ John R. Whitefleet_____
Terence J. Cassidy
John R. Whitefleet
Ashley M. Wisniewski
Kimberly L. Kakavas
PORTER SCOTT
Attorneys for Defendant,
CITY OF OAKLAND

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Attorneys for CITY OF OAKLAND be granted permission to appear telephonically at the Further Case Management Conference scheduled for June 14, 2010, at 1:45pm. The Court will notify Attorneys for CITY OF OAKLAND of the telephone number to call to participate in the Further Case Management Conference. Attorneys for CITY OF OAKLAND will initiate the call and will coordinate with other counsel appearing by telephone.

Dated: 06/14/10

_____
Honorable Thelton E. Henderson
United States District C
Northern Di

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*

2
**REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE; ORDER**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00794712.WPD