JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs
REGINALD OLIVER, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD OLIVER, et al.,<br>Plaintiffs,<br>vs.<br>CITY OF OAKLAND, et al.<br>Defendants. | MASTER CASE NO: C00-4599 TEH<br>OLIVER CASE NO: C08-04914 TEH<br>JACKSON CASE NO: C08-4984 TEH<br><br>**~~[PROPOSED]~~ ORDER FOR DEPOSIT OF MINOR'S SETTLEMENT FUNDS (Petitioner, Richard Parquet, Jr., on behalf of Minor Plaintiff Putative Class Member, J[Redacted] P[Redacted])** |
| AND RELATED CASES. | **Redacted for Efiling** |

The application of Petitioner, Richard Parquet, Jr., the father of the Minor Plaintiff, J[Redacted] P[Redacted], for authority to deposit the funds of said Minor in the sum of

$11,144.74 in a federally insured blocked account at the [Redacted], in the name of Petitioner, Richard Parquet, Jr., as trustee for the Minor, J[Redacted] P[Redacted], is hereby approved.

It is ordered that upon Petitioner's receipt of the sum of $11,144.74, which belongs to the Minor, J[Redacted] P[Redacted], said sum shall be forthwith deposited as set forth above by Petitioner , Richard Parquet, Jr., as trustee for the Minor, J[Redacted] P[Redacted], and the account will show the name of said Minor.

IT IS FURTHER ORDERED that no withdrawals are to be made from said account without court order until the Minor reaches the age of 18 years on or after [Redacted], 2021.

**IT IS HEREBY EXPRESSLY ORDERED THAT THE FUNDS DEPOSITED IN THE AFOREMENTIONED FEDERALLY INSURED ACCOUNT PURSUANT TO THIS ORDER SHALL NOT ESCHEAT.**

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson

Dated: 8/10/10

THE ... ON
JUDG ... STATES
DIST ... OURT