JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs
REGINALD OLIVER, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD OLIVER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND, et al. <br><br> Defendants. <br><br> AND RELATED CASES. | MASTER CASE NO: C00-4599 TEH <br> OLIVER CASE NO: C08-04914 TEH <br> JACKSON CASE NO: C08-4984 TEH <br><br> **[PROPOSED] ORDER FOR DEPOSIT OF MINOR'S SETTLEMENT FUNDS (Petitioner, Sandra Phelps, on behalf of Minor Plaintiff Putative Class Member, A[Redacted] W[Redacted])** <br><br> **Redacted for E-Filing** |

The application of Petitioner, Sandra Phelps, the mother of the Minor Plaintiff,

A[Redacted] W[Redacted], for authority to deposit the funds of said Minor in the sum of

[PROPOSED] ORDER FOR DEPOSIT OF MINOR'S SETTLEMENT FUNDS
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

1

1    **$18,574.60** in a federally insured blocked account at the [Redacted], in the name of Petitioner,

2    Sandra Phelps, as trustee for the Minor, A[Redacted] W[Redacted], is hereby approved.

3    It is ordered that upon Petitioner's receipt of the sum of **$18,574.60**, which belongs to the

4    Minor, A[Redacted] W[Redacted], said sum shall be forthwith deposited as set forth above by

5    Petitioner, Sandra Phelps, as trustee for the Minor, A[Redacted] W[Redacted], and the bank

6    account show the name of said Minor.

7    IT IS FURTHER ORDERED that no withdrawals are to be made from said account

8    without court order until the Minor reaches the age of 18 years on or after [Redacted], 2021.

9    **IT IS HEREBY EXPRESSLY ORDERED THAT THE FUNDS DEPOSITED IN**

10    **THE AFOREMENTIONED FEDERALLY INSURED ACCOUNT PURSUANT TO THIS**

11    **ORDER SHALL NOT ESCHEAT.**

12    IT IS SO ORDERED:

14    Dated: 8/10/10

                     THE HONORABLE
                     JUDGE THELTON E. HENDERSON
                     DISTRICT COURT OF THE UNITED STATES

[PROPOSED] ORDER FOR DEPOSIT OF MINOR'S SETTLEMENT FUNDS
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH