JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs
REGINALD OLIVER, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD OLIVER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, et al.<br><br>Defendants. | MASTER CASE NO: C00-4599 TEH<br>OLIVER CASE NO: C08-04914 TEH<br>JACKSON CASE NO: C08-4984 TEH<br><br>**RECEIPT FOR DEPOSIT OF MINOR'S SETTLEMENT FUNDS (Petitioner, Claudette Washington, on behalf of Minor Plaintiff Putative Class Member, D[redacted] W[redacted]** |
| AND RELATED CASES. | |

1. I acknowledge receipt of the Order for Deposit of Minor's Settlement Funds, a copy of which is attached hereto.

2. The account described below in which funds have been deposited under the court's order is a federally insured, blocked account.

3. Name and title on the account: D[redacted] W[redacted] A minor Claudette Washington guardian

4. Name of depository: ____

a. Branch: Eastmont Mall

b. Address: 6900 Bancroft Ave. Oakland Ca. 94605

5. Account Number: [redacted]

6. Date Opened: 09-02-2010

7. Amount of initial deposit: 14,859.67

8. Present balance: 14,859.67

I certify that I am authorized to execute this receipt and acknowledgment, and that no withdrawal of principal or interest from this account will be permitted before the Minor, Davaughn Washington, reaches the age of 18 years on or after December 4, 2019, or in the absence of a Court Order permitting withdrawal prior to said date. Said funds shall remain on deposit in compliance with the Court's Order and shall not escheat.

Dated: Sept 2, 2010

[Signature]

Print name: Sabrina Honse

Title: Personal Banker

RECEIPT FOR DEPOSIT OF MINOR'S SETTLEMENT FUNDS
OLIVER V. CITY OF OAKLAND, CASE NO. C08-04914 TEH

09/02/2010 13:53 510-8485819 THE LAW CENTER PAGE 01/01